**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANCISCO JAVIER COSENZA,<br><br>Defendant. | Case No. 2:20-cr-00335-JCM-DJA<br><br>**ORDER TO MODIFY CONDITIONS OR TERMS OF SUPERVISION** |

    IT IS HEREBY ORDERED that the Petition to Modify Conditions or Terms of Supervision filed on October 6, 2022 is granted. Defendant Francisco Javier Cosenza is immediately ordered to reside in a residential reentry center (Las Vegas Residential Reentry Center) for a term of up to 180 days. He must follow the rules and regulations of the center. All parties shall appear on December 9, 2022, at 11 a.m. for a status hearing to determine if any further modifications are necessary.

DATED October 7, 2022.

 

_____
HON. JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

1