RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Joy_Chen@fd.org

Attorney for Francisco Javier Cosenza

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>FRANCISCO JAVIER COSENZA,<br><br>          Defendant. | Case No. 2:20-cr-00335-JCM-DJA<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Brian Y. Whang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Francisco Javier Cosenza, that the Revocation Hearing currently scheduled on May 8, 2024 at 10:30 a.m., be vacated and continued to a date and time convenient to the Court but no sooner than two (2) weeks.

This Stipulation is entered into for the following reasons:

1. Defense counsel will not be able to visit with the defendant until Wednesday, May 1, and therefore requests a brief continuance of this matter.

2. Defense counsel requires additional time to speak with the defendant and counsel him on his options.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but to allow parties to negotiate.

This is the first request for a continuance of the revocation hearing.

DATED this 26th day of April 2024.

| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| */s/ Joy Chen*<br>By_____<br>JOY CHEN<br>Assistant Federal Public Defender | */s/ Brian Y. Whang*<br>By_____<br>BRIAN Y. WHANG<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FRANCISCO JAVIER COSENZA,<br><br>　　　　Defendant. | Case No. 2:20-cr-00335-JCM-DJA<br><br>**<u>ORDER</u>** |

　　　Based on the pending Stipulation of counsel, and good cause appearing,

IT IS ORDERED that the revocation hearing currently scheduled for Wednesday, May 8, 2024 at 10:30 a.m., be vacated and continued to **May 29, 2024, at 10:30 a.m.**

　　　DATED April 29, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3