RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Joy_Chen@fd.org

Attorney for Francisco Javier Cosenza

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FRANCISCO JAVIER COSENZA,<br><br>　　　　　Defendant. | Case No. 2:20-cr-00335-JCM-DJA<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Brian Y. Whang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Francisco Javier Cosenza, that the Revocation Hearing currently scheduled on May 29, 2024 at 10:30 a.m., be vacated and continued to a date and time convenient to the Court but no sooner than ninety (90) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　The parties are working towards a resolution in this matter that would obviate the need for an evidentiary hearing.

　　　　2.　　Defense counsel requires additional time to review discovery and counsel the defendant on his legal options.

3. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 28th day of May 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|    */s/ Joy Chen*<br>By_____<br>JOY CHEN<br>Assistant Federal Public Defender |    */s/ Brian Y. Whang*<br>By_____<br>BRIAN Y. WHANG<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00335-JCM-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| FRANCISCO JAVIER COSENZA, | |
| Defendant. | |

    Based on the pending Stipulation of counsel, and good cause appearing,

IT IS ORDERED that the revocation hearing currently scheduled for Wednesday, May 29, 2024 at 10:30 a.m., be vacated and continued to **August 30, 2024, at 10:30 a.m.**

    DATED May 29, 2024.

_____
UNITED STATES DISTRICT JUDGE

3